UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JENNIFER STEPHENS,**  CV. 06-1480-AA
           Plaintiff,

v.  ORDER AWARDING EAJA
    ATTORNEY FEES
**MICHAEL J. ASTRUE,**
Commissioner of Social Security,
           Defendant.

    Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5417.82 and no expenses, shall be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Payment shall be to Max Rae, attorney, on behalf of Plaintiff.

    DATED this 2 day of December, 2007.

                                                  _/s/ Ann Aiken_
                                                  United States District Judge Ann Aiken

PRESENTED BY:
s/ Max Rae
MAX RAE, OSB#81344
(503) 363-5424
Attorney for Plaintiff, Jennifer Stephens

Page 1.    ORDER AWARDING EAJA ATTORNEY FEES
              STEPHENS v. ASTRUE, CV. 06-1480-AA